**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Xochitl PADILLA–BARRON,**
**Defendant–Appellant.**

**No. 11–10526.**

United States Court of Appeals,
Ninth Circuit.

---

\* The Honorable Jane A. Restani, Judge for the U.S. Court of International Trade, sitting by designation.

Submitted Dec. 19, 2012.*

Filed Jan. 8, 2013.

Karla Delord, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

Adrian Paulino Fontes, Counsel, Phoenix, AZ, for Defendant-Appellant.

Xochitl Padilla-Barron, Dublin, CA, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Xochitl Padilla-Barron appeals from the district court's judgment and challenges her guilty-plea conviction and 198-month sentence for conspiracy to commit hostage taking, in violation of 18 U.S.C. § 1203(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Padilla-Barron's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Pa-

dilla-Barron the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Padilla-Barron has waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

Padilla-Barron's motion to file late supplemental excerpts of record under seal is **GRANTED.**

Padilla-Barron's pro se motion for appointment of new counsel is **DENIED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.